JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JAVAID AZIZ

### DEFENDANTS
NEELOFAR K. BUTT et all
LIST ATTACHED

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  LIST ATTACHED
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
PRO SE

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | PROPERTY RIGHTS | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | PERSONAL PROPERTY | LABOR | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | | [ ] 380 Other Personal Property Damage | | SOCIAL SECURITY | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [x] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [x] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights | Habeas Corpus: | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | FEDERAL TAX SUITS | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | IMMIGRATION | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | Other: | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
CIVIL RIGHTS, RICO, ELDER ABUSE, IIED

Brief description of cause: ELDER ABUSE

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: CAMBRIDGE DISTRICT COURT
DOCKET NUMBER: CIVIL NO: 2452CV000556

DATE: 5/27/25
SIGNATURE OF ATTORNEY OF RECORD: Javaid Aziz, Pro Se

### FOR OFFICE USE ONLY
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# CIVIL COVER SHEET (JS-44)

**U.S. District Court – District of Massachusetts (Boston Division)**
**Plaintiffs:**
Javaid Aziz
131 Reed Street, Cambridge, MA 02140

Jamila K. Butt (by Javaid Aziz as attorney-in-fact/next friend)
Brightview Tarrytown, 581 Old White Plains Rd, Tarrytown, NY

**Defendants:**

**1. Neelofar K. Butt**
319 Martling Avenue,
Tarrytown, NY 10591
Phone: (845) 424-4444 (Work)
Email: care of neil.reig@elderlawadvisor.net

**2. Neil H. Reig, Esq.**
118 North Bedford Rd., Ste 100
Mount Kisco, NY 10549-2555
Phone: (914) 242-4800
Email: neil.reig@elderlawadvisor.net

**3. Karen A. Morschhauser Bosshart, Esq.**
344 E Main St., Ste 101
Mount Kisco, NY 10549-3086
Phone: (914) 244-3100
Email: care of neil.reig@elderlawadvisor.net

**4. Christopher L. Mangold, Esq.**
200 East Post Road, 2nd Floor
White Plains, NY 10549
Phone: (914) 288-8052
Fax: (914) 323-0369
Email: cmangold@cmdivlaw.com

**5. Brightview Senior Living, LLC**
**Attention:** Paul Ataide
Brightview Tarrytown – Senior Living and Memory Care
581 Old White Plains Rd,
Tarrytown, NY 10591
Phone: (914) 368-6228
Email: PATAIDE@bvsl.net

**6. Steven C. Bromberg, CPA**

118 North Bedford Rd., Ste 100
Mount Kisco, NY 10549-2555
Phone: (914) 864-3320
Email: daytodaycpa@verizon.net

**7. Craig S. Donais, Esq.**
95 Market Street
Manchester, NH 03101
Phone: (603) 669-4140
Email: cdonais@wadleighlaw.com

**8. Thomas J. Rizzo, Esq.**
35 Braintree Hill Park, Suite 401
Braintree, MA 02184
Phone: (781) 848-5028
Fax: (781) 848-5096
Email: trizzo@schlossbergllc.com

**9. Dr. Jennifer Rosen**
170 Maple Ave., Unit 309
White Plains, NY 10601
Phone: (914) 220-0283
Fax: (914) 220-0288
Email: care of neil.reig@elderlawadvisor.net

**10. Hannah Lea Emmett**
10 Spur Road
Putnam Valley, NY 10579
Phone:
Email: care of neil.reig@elderlawadvisor.net

**11. Hon. Wayne A. Humphrey**
Westchester County Family Court
131 Warburton Ave., 3rd Floor
Yonkers, NY 10701
Phone: (914) 831-6555
Fax: (914) 831-6409
Email:

**12. Hon. Linda S. Jamieson**
Supreme Court, Westchester County
111 Martin Luther King Jr. Blvd., 9th Floor
White Plains, NY 10601
Phone: (914) 824-5300
Fax: (914) 824-5873
Email:

**13. Hon. William J. Giacomo**
Supreme Court, Westchester County
111 Martin Luther King Jr. Blvd., 9th Floor
White Plains, NY 10601
Phone: (914) 824-5300
Fax: (914) 824-5873
Email:

**14. John Doe & Jane Doe**
(To be added)

**Basis of Jurisdiction:**
☑ 3. Federal Question (U.S. Government Not a Party)
☑ 4. Diversity (Citizens of Different States)

**Citizenship of Principal Parties:**
Plaintiff: Massachusetts
Defendants: Primarily New York and other states

**Nature of Suit:**
☑ 440 Civil Rights – Other
☑ 890 Statutory Actions – Other (RICO)

**Cause of Action:**
Civil Rights (42 U.S.C. §1983), RICO (18 U.S.C. §1962), and related state law claims (elder abuse, fraud, IIED, abuse of process) arising from alleged elder exploitation scheme.

**Origin:**
☑ Original Proceeding

**Requested in Complaint:**
☑ Jury Demand: Yes
☑ Monetary Demand: $10,000,000+

**Related Cases (if any):**
Neelofar Butt v. Javaid Aziz, Cambridge District Court – enforcement of NY judgment

**Signature:**

Date: May 27th, 2025.
Respectfully submitted,

*Plaintiff Javaid Aziz* (Pro Se)
on his own behalf and as Attorney-in-Fact for Jamila K. Butt

131 Reed Street, Cambridge, MA 02140
Tel: 617 642 9058   – Email: javaid.aziz@gmail.com

*Javaid Aziz.*

_____

Javaid Aziz