# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Javaid Aziz, individually and as attorney-in-fact for Jamila K. Butt,
Plaintiff

v.                    Civil Action No. _____

Neelofar K. Butt,
Defendant

SUMMONS IN A CIVIL ACTION
To: Neelofar K. Butt,
319 Martling Avenue,
Tarrytown, NY 10591
Phone: (845) 424-4444 (Work)
Email: care of neil.reig@elderlawadvisor.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javaid Aziz
131 Reed Street
Cambridge, MA 02140
Phone: (617) 642-9058
Email: javaid.aziz@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Javaid Aziz, individually and as attorney-in-fact for Jamila K. Butt,
Plaintiff

v.                        Civil Action No. _____

Neil H. Reig, Esq.,
Defendant

SUMMONS IN A CIVIL ACTION
To: Neil H. Reig, Esq.,
118 North Bedford Rd., Ste 100
Mount Kisco, NY 10549-2555
Phone: (914) 242-4800
Email: neil.reig@elderlawadvisor.net


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javaid Aziz
131 Reed Street
Cambridge, MA 02140
Phone: (617) 642-9058
Email: javaid.aziz@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Javaid Aziz, individually and as attorney-in-fact for Jamila K. Butt,
Plaintiff

v.                          Civil Action No. _____

Karen A. Morschhauser Bosshart, Esq.,
Defendant

SUMMONS IN A CIVIL ACTION
To: Karen A. Morschhauser Bosshart, Esq.,
344 E Main St., Ste 101
Mount Kisco, NY 10549-3086
Phone: (914) 244-3100

Email: care of neil.reig@elderlawadvisor.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javaid Aziz
131 Reed Street
Cambridge, MA 02140
Phone: (617) 642-9058
Email: javaid.aziz@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Javaid Aziz, individually and as attorney-in-fact for Jamila K. Butt,
Plaintiff

v.                         Civil Action No. _____

Christopher L. Mangold, Esq.,
Defendant

SUMMONS IN A CIVIL ACTION
To: Christopher L. Mangold, Esq.,
200 East Post Road, 2nd Floor
White Plains, NY 10549
Phone: (914) 288-8052
Email: cmangold@cmdivlaw.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javaid Aziz
131 Reed Street
Cambridge, MA 02140
Phone: (617) 642-9058
Email: javaid.aziz@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Javaid Aziz, individually and as attorney-in-fact for Jamila K. Butt,
Plaintiff

v.                         Civil Action No. _____

Brightview Senior Living, LLC (Paul Ataide),
Defendant

SUMMONS IN A CIVIL ACTION
To: Brightview Senior Living, LLC (Paul Ataide),
Brightview Tarrytown – Senior Living and Memory Care
581 Old White Plains Rd,
Tarrytown, NY 10591
Phone: (914) 368-6228
Email: PATAIDE@bvsl.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javaid Aziz
131 Reed Street
Cambridge, MA 02140
Phone: (617) 642-9058
Email: javaid.aziz@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Javaid Aziz, individually and as attorney-in-fact for Jamila K. Butt,
Plaintiff

v.                          Civil Action No. _____

Steven C. Bromberg, CPA,
Defendant

SUMMONS IN A CIVIL ACTION
To: Steven C. Bromberg, CPA,
118 North Bedford Rd., Ste 100
Mount Kisco, NY 10549-2555
Phone: (914) 864-3320
Email: daytodaycpa@verizon.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javaid Aziz
131 Reed Street
Cambridge, MA 02140
Phone: (617) 642-9058
Email: javaid.aziz@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Javaid Aziz, individually and as attorney-in-fact for Jamila K. Butt,
Plaintiff

v.                              Civil Action No. _____

Craig S. Donais, Esq.,
Defendant

SUMMONS IN A CIVIL ACTION
To: Craig S. Donais, Esq.,
95 Market Street
Manchester, NH 03101
Phone: (603) 669-4140
Email: cdonais@wadleighlaw.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javaid Aziz
131 Reed Street
Cambridge, MA 02140
Phone: (617) 642-9058
Email: javaid.aziz@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Javaid Aziz, individually and as attorney-in-fact for Jamila K. Butt,
Plaintiff

v.                            Civil Action No. _____

Thomas J. Rizzo, Esq.,
Defendant

SUMMONS IN A CIVIL ACTION
To: Thomas J. Rizzo, Esq.,
35 Braintree Hill Park, Suite 401
Braintree, MA 02184
Phone: (781) 848-5028
Email: trizzo@schlossbergllc.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javaid Aziz
131 Reed Street
Cambridge, MA 02140
Phone: (617) 642-9058
Email: javaid.aziz@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Javaid Aziz, individually and as attorney-in-fact for Jamila K. Butt,
Plaintiff

v.                          Civil Action No. _____

Dr. Jennifer Rosen,
Defendant

SUMMONS IN A CIVIL ACTION
To: Dr. Jennifer Rosen,
170 Maple Ave., Unit 309
White Plains, NY 10601
Phone: (914) 220-0283
Email: care of neil.reig@elderlawadvisor.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javaid Aziz
131 Reed Street
Cambridge, MA 02140
Phone: (617) 642-9058
Email: javaid.aziz@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Javaid Aziz, individually and as attorney-in-fact for Jamila K. Butt,
Plaintiff

v.                          Civil Action No. _____

Hannah Lea Emmett,
Defendant

SUMMONS IN A CIVIL ACTION
To: Hannah Lea Emmett,
10 Spur Road
Putnam Valley, NY 10579
Phone:
Email: care of neil.reig@elderlawadvisor.net

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javaid Aziz
131 Reed Street
Cambridge, MA 02140
Phone: (617) 642-9058
Email: javaid.aziz@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Javaid Aziz, individually and as attorney-in-fact for Jamila K. Butt,
Plaintiff

v.                        Civil Action No. _____

Hon. Wayne A. Humphrey,
Defendant

SUMMONS IN A CIVIL ACTION
To: Hon. Wayne A. Humphrey,
Westchester County Family Court
131 Warburton Ave., 3rd Floor
Yonkers, NY 10701
Phone: (914) 831-6555
Email:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javaid Aziz
131 Reed Street
Cambridge, MA 02140
Phone: (617) 642-9058
Email: javaid.aziz@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Javaid Aziz, individually and as attorney-in-fact for Jamila K. Butt,
Plaintiff

v.                              Civil Action No. _____

Hon. Linda S. Jamieson,
Defendant

SUMMONS IN A CIVIL ACTION
To: Hon. Linda S. Jamieson,
Supreme Court, Westchester County
111 Martin Luther King Jr. Blvd., 9th Floor
White Plains, NY 10601
Phone: (914) 824-5300
Email:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javaid Aziz
131 Reed Street
Cambridge, MA 02140
Phone: (617) 642-9058
Email: javaid.aziz@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of Clerk or Deputy Clerk: _____

# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Javaid Aziz, individually and as attorney-in-fact for Jamila K. Butt,
Plaintiff

v.                           Civil Action No. _____

Hon. William J. Giacomo,
Defendant

SUMMONS IN A CIVIL ACTION
To: Hon. William J. Giacomo,
Supreme Court, Westchester County
111 Martin Luther King Jr. Blvd., 9th Floor
White Plains, NY 10601
Phone: (914) 824-5300
Email:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Javaid Aziz
131 Reed Street
Cambridge, MA 02140
Phone: (617) 642-9058
Email: javaid.aziz@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of Clerk or Deputy Clerk: _____