# Exhibit List (Supporting Evidence)

- **Exhibit A – Jamila's Directive Letter (Sept 9, 2019):** A one-page hand-signed letter by Jamila K. Butt, dated 9/9/2019, stating her wishes regarding her home (e.g., *"Do not sell my house during my lifetime... I want to live there with help, or leave it to my children..."*).

- **Exhibit B – Retainer Agreement with Attorney Khalid Azam (Oct 1, 2019):** A copy of the retainer or engagement letter signed by Jamila hiring Khalid M. Azam, Esq. for legal services.

- **Exhibit C – Power of Attorney from Jamila to Javaid (Feb 12, 2020):** The limited Power of Attorney document (4 pages) executed by Jamila naming Javaid Aziz as her agent on 2/12/2020.

- **Exhibit D – Contested 18-page Power of Attorney (2017, Jamila to Neelofar):** The complete POA that Neelofar claims Jamila signed, naming Neelofar as attorney-in-fact (likely dated sometime in late 2017).

- **Exhibit E – Westchester Family Court Temporary Order of Protection (Feb 25, 2020):** A copy of the ex parte TOP issued by Judge Wayne Humphrey, listing Neelofar (on behalf of Jamila) vs. Javaid Aziz, with the date and terms (no contact order).

- **Exhibit F – Family Court Petition/Affidavit of Neelofar (Feb 2020):** The initial sworn petition or affidavit that Neelofar filed to get the TRO.

(Note: The Defendants have access to all the list of evidence in Court Docket numbers as listed below.)

- Westchester County, Family Court, NY.

    **Docket No. :** 160818/0-01899-20;
    160818/0-01899-20/20B;
    160818/0-01899-20/20C;
    160818/0-01899-20/21D.

7

- Westchester County, Supreme Court, NY.

    Docket No.: 54798/2021
    Index No.: 64749/2021
    New York Supreme Court, Appellate Division – Second Department
    Docket No.: 2024-09208
    (Westchester County Clerk's Index No.: 64749/2021)

- Commonwealth of Massachusetts,

    Cambridge District Court,
    Civil No. 2452CV000556

- The State of New Hampshire

    Superior Court
    Grafton County
    Case No. 215-2024-CV-00010

**Exhibit G – Record of Appeal (& additional documents to be added)**

All exhibits are in Court dockets in New York, New Hampshire and Massachusetts and defendants have access to those. It would be waste of Court time to add them here. In appeal case all documents are listed under this link:

**Google Drive Shared Folder Link:**
https://drive.google.com/drive/folders/1Mp4QVHBoq0Ko3shs1Ulglj85lefl9SIk?usp=sharing

The Plaintiffs will provide the Federal Court and the Jury all exhibits when needed. Also, the exhibits may contain personal/confidential information.